UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 24  A 10: 24

U.S. DISTRICT CO...
DISTRICT OF MASS

| | |
|---|---|
| SEAN WALSH ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: _____ |
| v. ) | |
| ) | |
| SOCIÉTÉ AIR FRANCE (improperly designated ) | |
| as "Air France") ) | |
| ) | 03-40265-NMG |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant, Société Air France, in connection with the above-captioned matter.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

35011657.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to plaintiff's counsel Bruce Skine, 620 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.