| Small Claims DOCKET | DOCKET NUMBER 200316SC001091 | Trial Court of Massachusetts District Court Department |  |
|---|---|---|---|

| CASE NAME SEAN WALSH vs. AIR FRANCE | CURRENT COURT Fitchburg District Court 100 Elm Street Fitchburg, MA 01420-3186 (978) 345-2111 |
|---|---|

03-CV-40265

FILED IN CLERK'S OFFICE

2003 DEC -4  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MA

| ASSOCIATED DOCKET NO. | DATE FILED 09/12/2003 | DATE DISPOSED 00/00/0000 |
|---|---|---|

**PLAINTIFF(S)**
P01  SEAN WALSH
C/O NORM WAGNER AUTOMOTIVE
39 MASS AVE
LUNENBURG, MA 01462
(978) 342-1330

**PLAINTIFF'S ATTORNEY**

**DEFENDANT(S)/OTHER SINGLE PARTIES**
D01  AIR FRANCE
CUSTOMER RELATIONS
PO BOX 459000
SUNRISE, FL 33345
(877) 247-9247

**DEFENDANT'S ATTORNEY**
PETER FRANKLIN WINTERS
111 HUNTINGTON AVENUE
SUITE 1300
BOSTON, MA 02199-7610
(617) 267-2300

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/03/2003 | Statement of Small Claim entered on 09/12/2003 at Fitchburg District Court. |
| 2 | 10/03/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/03/2003 | Case Inactivated: No future events scheduled. |
| 4 | 10/22/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/22/2003 | MAGISTRATE TRIAL SCHEDULED for 12/01/2003 01:00 PM. |
| 6 | 11/07/2003 | Return of service on small claim notice of trial to D01  AIR FRANCE: Certified mail returned DELIVERED; signed receipt returned. |
| 7 | 11/26/2003 | Notice of Removal to U.S. District Court filed. |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X _Ronald B. Jessie_ | DATE 12-2-03 |
|---|---|---|---|

Date/Time Printed: 12/02/2003 12:28 PM

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

PETER F. WINTERS
(617) 859-2716

November 24, 2003

Clerk of the Court
Fitchburg District Court/Small Claims Division
100 Elm Street
Fitchburg, Massachusetts 01420

Re: <u>Sean Walsh v. Société Air France/Civil Action 0316 SC 1091</u>

Dear Sir/Madam:

I enclose a Notice of Removal to the U.S. District Court for the above-captioned matter.

If you have any questions, please do not hesitate to call me.

Yours very truly,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters

/bjc
enclosures

35011749.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                        FITCHBURG DISTRICT COURT

| | |
|---|---|
| SEAN WALSH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 0316 SC 1091 |
| SOCIÉTÉ AIR FRANCE (improperly designated ) | |
| as "Air France") ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To Plaintiff Sean Walsh:

Please be advised that a Notice of Removal was filed in this action removing it to the United States District Court for the District of Massachusetts, Worcester Division, on November 21, 2003.

A copy of said Notice attached and is served and filed herewith.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*[signature]*

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

35011644.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff and plaintiff's counsel, Bruce Skrine, Esq. 628 Lewis Wharf, Boston, MA 02110.

_/s/ Peter F. Winters_
Peter F. Winters, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
NOV 24 A 10: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| SEAN WALSH | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| SOCIÉTÉ AIR FRANCE (improperly designated as "Air France") | ) 03-40265 |
| Defendant. | ) |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1. On or about September 2, 2003, the Plaintiff, Sean Walsh ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Sean Walsh v. Air France*, Civil Action No. 0316 SC 1091. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011704.1

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

                          Respectfully submitted,
                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                          _____
                          Peter F. Winters. (BBO No.: 555698)
                          111 Huntington Avenue, Suite 1300
                          Boston, Massachusetts 02199
                          (617) 267-2300
                          Attorneys for Defendant, Société Air France

DATED: November 24, 2003

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0316SC1091 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

PART 1: ☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT Fitchburg Sm. Claims Division  ☐ HOUSING COURT ___ Division

PART 2:
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Jean Walsh / Norm Wagner Automotive
8 Glen Lane / 39 Mass Ave
Sudbury, MA 01776 / Lunenburg MA 01462
PHONE NO: 978 342 1330

PLAINTIFF'S ATTORNEY (if any)
Address: ___
PHONE NO: ___  BBO NO: ___

PART 3:
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Air France Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-347-9247

ADDITIONAL DEFENDANT (if any)
Name: ___
Address: ___
PHONE NO: ___

97020000009/12/03 SMAL CLAIM 30.00
97020000009/12/03 SURCHARGE 10.00
40.00

PART 4:
PLAINTIFF'S CLAIM. The defendant owes $1000.00 plus $___ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 7/19/03, Air France practiced unfair deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from the flight and made no attempt to reschedule me on another flight thus leaving me stranded in France.

SIGNATURE OF PLAINTIFF X _Jean Walsh_  DATE 9/1/03

PART 5:
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

PART 6:
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X ___ SIGNATURE OF PLAINTIFF  DATE ___

NOTICE OF TRIAL:
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE: ___

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**DOCKET NO:** 0316SC1091

**Trial Court of Massachusetts — Small Claims Session**

**PART 1:** ☒ DISTRICT COURT — Fitchburg Sm. Claims Division

**PART 2 — PLAINTIFF:**
Sean Walsh
8 Glen Lane
Sudbury MA 01776
PHONE: 978 342 1330

**PLAINTIFF'S ATTORNEY:**
Norm Wagner Automotive
39 Mass Ave
Lunenburg MA 01462

**PART 3 — DEFENDANT:**
Air France Customer Relations
P.O. Box 459000
Sunrise, FL 33345
PHONE: 877-247-9247

**PART 4 — PLAINTIFF'S CLAIM:** The defendant owes $2000.00 plus $40.00 court costs for the following reasons:

On 7/19/03, Air France practiced unfair, deceptive trade practices. I had confirmed reservations for flight 1149. Air France bumped me from the flight and made no attempt to reschedule me on another flight, thus leaving me stranded in France.

SIGNATURE OF PLAINTIFF: Sean Walsh    DATE: 9/1/03

**PART 5 — MEDIATION:** ☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** ☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

**NOTICE OF TRIAL:**
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL: MONDAY, 12/1/03 AT 1:00 PM
ROOM NO: MAIN FLOOR COURTROOM

FIRST JUSTICE: PAUL F. LOCONTO

DC-SC-1 (01/02)

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.



